IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION



| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 5-19CR0130-H |
| AIDEN BRUCE-UMBAUGH | |

### INDICTMENT

The Grand Jury charges:

### Count One
Possession of Firearms and Ammunition by a Prohibited Person
(Violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2))

On or about November 4, 2019, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Aiden Bruce-Umbaugh**, defendant, knowing that he was an unlawful user of, and addicted to, a controlled substance, as defined in Title 21, United States Code, Section 802, that is, marijuana, did knowingly possess in and affecting interstate and foreign commerce the following firearms:

1. An AR-15 rifle, bearing serial number X039182;
2. An AR-15 rifle, bearing serial number XK542699;
3. An AK-47 rifle, bearing serial number WW02566;
4. A Sig Sauer, 9mm pistol, bearing serial number 58A132944;
   and assorted ammunition.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of count one of this Indictment, and pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), defendant, **Aiden Bruce-Umbaugh**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to, the following:

- An AR-15 rifle, bearing serial number X039182;
- An AR-15 rifle, bearing serial number XK542699;
- An AK-47 rifle, bearing serial number WW02566;
- A Sig Sauer, 9mm pistol, bearing serial number 58A132944; and
- assorted ammunition.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
RUSSELL H. LORFING
Assistant United States Attorney
Texas State Bar No. 24070173
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7351
Facsimile:    806.472.7394
E-mail:         russell.lorfing@usdoj.gov

Aiden Bruce-Umbaugh
Indictment– Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

AIDEN BRUCE-UMBAUGH

INDICTMENT

COUNT 1: POSSESSION OF FIREARMS AND AMMUNITION BY A PROHIBITED PERSON
Title 18, United States Code, Sections 922(g)(3), 924(a)(2).

(1 COUNT + FORFEITURE)

A true bill rendered:

Lubbock _____ Foreperson

Filed in open court this __13th__ day of __November__ A.D. 2019.

Defendant in federal custody (Complaint No. 5:19-MJ-180)

_____
UNITED STATES MAGISTRATE JUDGE

Aiden Bruce-Umbaugh
Indictment – Page 4