AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF LUBBOCK DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 14 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

USA
V.
AIDEN BRUCE-UMBAUGH

## EXHIBIT LIST

Case Number: 5:19-CR-00130-H-BQ-1

| PRESIDING JUDGE<br>D. GORDON BRYANT, JR | PLAINTIFF'S ATTORNEY<br>RUSSELL LORFING | DEFENDANT'S ATTORNEY<br>MICHAEL KING |
|---|---|---|
| HEARING DATE(S)<br>11/14/2019 | COURT REPORTER<br>N/A | COURTROOM DEPUTY<br>DDDAVIS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/14/2019 | YES | YES | Govt's Exhibit #1 |
| 2 | | 11/14/2019 | YES | YES | Govt's Exhibit #2 |
| 3 | | 11/14/2019 | YES | YES | Govt's Exhibit #3 |
| 4 | | 11/14/2019 | YES | YES | Govt's Exhibit #4 |
| 5 | | 11/14/2019 | YES | YES | Govt's Exhibit #5 |
| 6 | | 11/14/2019 | YES | YES | Govt's Exhibit #6 |
| 7 | | 11/14/2019 | YES | YES | Govt's Exhibit #7 |
| 8 | | 11/14/2019 | YES | YES | Govt's Exhibit #8 |
| 9 | | 11/14/2019 | YES | YES | Govt's Exhibit #9 |
| 10 | | 11/14/2019 | YES | YES | Govt's Exhibit #10 |
| 11 | | 11/14/2019 | YES | YES | Govt's Exhibit #11 |
| 12 | | 11/14/2019 | YES | YES | Govt's Exhibit #12 |
| 13 | | 11/14/2019 | YES | YES | Govt's Exhibit #13 |
| 14 | | 11/14/2019 | YES | NO | |
| 15 | | 11/14/2019 | YES | YES | Govt's Exhibit #15 |
| | | | | | (The above original exhibits are in the custody of the U.S. District Clerks office) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages