UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AIDEN BRUCE-UMBAUGH,

    Defendant.

No. 5:19-CR-130-H

## ORDER

Under the authority of 28 U.S.C. § 636(b)(1)(A), the Court refers the media's request

for copies of the exhibits admitted during Bruce-Umbaugh's detention hearing and the

parties' responses to Magistrate Judge D. Gordon Bryant for resolution.

So ordered on December 3, 2019.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE