CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

2019 DEC -3  PM 3: 26

DEPUTY CLERK_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO: 5:19-CR-130-H-BQ-1** |
| | § | |
| | § | |
| **AIDEN BRUCE-UMBAUGH** | § | |

## ORDER

Before the Court is Defendant's Response to Media's Request for Detention Hearing Exhibits (ECF No. 25) and the Government's Response to Media's Request for Detention Hearing Exhibits (ECF No. 26), both filed December 2, 2019. The parties filed their respective responses, at the Court's direction, following the District Clerk's receipt of a media request for copies of all exhibits admitted at the detention hearing conducted in this matter. The Government raises no objection to the exhibits' release. Defendant, however, citing his constitutional right to a fair trial and the general privacy interests of third parties involved in the jail call recordings, objects to release of the exhibits. The Court construes Defendant's response, and the objections contained therein, as a request to seal the exhibits until further order of the Court. It is therefore

**ORDERED** that any interested third party may respond to Defendant's request to have the exhibits sealed by filing a written response that includes any objections the third party may have to such an order, as well as supporting legal authority for such objections. Third party responses are to be filed no later than **5:00 p.m. CST, December 10, 2019**.

The Clerk will furnish a copy of this Order to each attorney of record, as well as the media outlet who submitted the record request.

DATED:  December 3, 2019.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE