# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Lubbock Division

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2020 JAN -2 PM 4: 36

_____ DEPUTY CLERK _____

| | |
|---|---|
| HONORABLE: D. GORDON BRYANT, JR. | PRESIDING |
| DEPUTY CLERK: DDAVIS | COURT REPORTER/TAPE NUMBER: MECHELLE DANIEL |
| LAW CLERK: N/A | USPO: RASURA |
| INTERPRETER: N/A | Date: Jan 2, 2020 |

| | |
|---|---|
| Cr. No. 5:19-CR-00130-H-BQ | DEFT. No. 1 |
| UNITED STATES OF AMERICA V. | § § RUSSELL LORFING, AUSA |
| AIDEN BRUCE-UMBAUGH | § § MICHAEL KING   (R) |
| Defendant's Name | Counsel for Deft. Appt-(A), Retd-(R), FPD-(F) |

## ~~ARRAIGNMENT~~/REARRAIGNMENT

Time in Court: 26mins (2:13-2:39)

Trial Status:
- ☐ Completed by Jury Verdict   ☐ Continued from Previous Month   ☐ Directed Verdict   ☐ Evidence Entered
- ☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
- ☐ Mistrial   ☐ Settled/Guilty   ☒ None

Days in Trial: _____

Hearing Concluded: ☒ Yes   ☐ No

- ☒ Defendant SWORN.
- ☐ Arraignment   ☒ Rearraignment - Held on count (s) 1
- of the 1 count(s)   ☒ Indictment   ☐ Information   ☐ Superseding Indictment   ☐ Complaint   ☐ Superseding Information
- ☐ Sentencing Guidelines
- ☒ Deft enters a plea of   ☐ Not Guilty   ☒ Guilty   ☐ Nolo
- ☐ Waiver of Jury Trial
- ☐ Waiver of Indictment filed
- ☒ Plea Agreement accepted   ☐ Court defers acceptance of Plea Agreement
- ☒ Plea Agreement filed (see agreement for details)   ☐ No Plea Agreement
- ☐ Plea Agreement included with Factual Resume.
- ☒ Factual Resume filed.
- ☐ Sentencing set   Date: _____   Time: _____
- ☐ Trial set for   Date: _____   Time: _____
- Pretrial motions due: _____   Discovery motions/Government Responses due: _____
- ☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
- ☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____
- ☐ Deft Bond   ☐ Set   ☐ reduced to $ _____   ☐ Cash   ☐ Surety   ☐ 10%   ☐ PR
- ☐ Deft failed to appear, bench warrant to issue.
- ☐ Bond   ☐ continued   ☐ forfeited
- ☒ Deft Custody/Detention continued.
- ☒ Deft REMANDED to custody.

OTHER PROCEEDINGS: Re-arraigned on the INDICTMENT filed 11-13-19. Plea docs signed, Consent signed. Essential elements of the chrgs/penalties read. Plead Guilty to Ct. 1. MJ recommends Guilty Plea be accepted, Order of Recommendation to be entered. 14-days to object. Probation will prepare a PSReport upon acceptance of the plea. The Dist. Judge will enter Orders accepting Plea & Setting Sentencing. Deft remanded. (was Complaint 5:19-MJ-180)

Dft requested his first name be corrected. The Court instructed the DOJ to Motion for correction of first name from Aiden to Aidan. Dft admitted who he was and this does not effect his guilty plea. Correction to plea, prg 8 #2 should be same as #1 & #7 in the Factual Resume, all agreed.