UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NO: 5:19-CR-130-H-BQ-1 |
| | § | |
| AIDEN BRUCE-UMBAUGH | § | |

## ORDER

Before the Court is the Government's Motion to Extend Deadline to Produce Redacted Exhibits, filed January 23, 2020. ECF No. 43. Defendant does not oppose the motion. *Id.* at 3. Through the motion, the Government seeks a one-week extension, from January 27 to February 3, 2020, to produce redacted exhibit copies in accordance with this Court's December 18, 2019, order. *See* ECF No. 30. For the reasons set forth in the Government's motion, the Court **GRANTS** the request for an extension, and the Government shall comply with the terms of the December 18 order no later than Monday, February 3, 2020.

Dated: January 24, 2020

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE