IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 5:19-CR-130-H <br> ECF |
| AIDAN BRUCE-UMBAUGH | |

### ENTRY OF APPEARANCE OF COUNSEL

I hereby enter my appearance as counsel for the government in the above-captioned cause.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

s/ *Stephen J. Rancourt*
Stephen J. Rancourt
Assistant United States Attorney
Texas Bar No. 24079181
1205 Texas Avenue, 7th Floor
Lubbock, Texas 79401
Telephone: 806-472-7398
Email: stephen.rancourt@usdoj.gov

**Entry of Appearance - Page 1**

CERTIFICATE OF SERVICE

On February 3, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Criminal Procedure 49.

                                              s/ *Stephen J. Rancourt*
                                              Stephen J. Rancourt
                                              Assistant United States Attorney