UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.   NO. 5:19-CR-130-01-H

AIDEN BRUCE-UMBAUGH,
Defendant.

## NOTICE OF INTENT TO IMPOSE
## SPECIAL CONDITIONS OF SUPERVISED RELEASE

During the upcoming sentencing hearing, the Court will discuss, read, and hear objections to any special conditions of supervised release that may be imposed.

Additionally, the Court notifies the parties that it is considering imposing the following special conditions of supervised release:

1. The defendant shall abstain from the use of alcohol and all other intoxicants during the term of supervision.

2. The defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20.00 per month.

3. The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20.00 per month.

Dated April 24, 2020.

_____
Defendant

_____
Defense Counsel

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE